# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 19 P 4 03

CLERK _____

| | | |
|---|---|---|
| Gov't Employees Ins. Co. | Case No. | CV205-47 |
| Plaintiff | | |
| v. | Appearing on behalf of | |
| Douglas Queen, et al. | Douglas Queen, Defendant | |
| Defendant | (Plaintiff/Defendant) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 19th day of May, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** R. Dennis Withers

**Business Address:** Robins, Kaplan, Miller & Ciresi L.L.P.
Firm/Business Name

2600 Atlanta Plaza, 950 E. Paces Ferry Rd., N.E.
Street Address

| | | |
|---|---|---|
| | Atlanta | GA 30326 |
| Street Address (con't) | City | State Zip |

Mailing Address (if other than street address)

| | |
|---|---|
| Address Line 2 | City, State, Zip |
| (404) 760-3834 | 772100 |
| Telephone Number (w/ area code) | Georgia Bar Number |