# United States District Court
## *Southern District of Georgia*

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 19 ᗡ 4 03

CLERK

CTOA

| Gov't Employees Ins. Co. | Case No. CV205-47 |
|---|---|
| Plaintiff | |
| v. | Appearing on behalf of |
| Douglas Queen, et al. | Douglas Queen, Defendant |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This ___19th___ day of ___May___, 2005 .



JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER: Richard L. Sizemore

Business Address: Robins, Kaplan, Miller & Ciresi L.L.P.
_____
Firm/Business Name
2600 Atlanta Plaza, 950 E. Paces Ferry Rd., N.E.
_____
Street Address

| | | |
|---|---|---|
| | Atlanta | GA 30326 |
| Street Address (con't) | City | State Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (404) 760-3830 | 649449 |
| Telephone Number (w/ area code) | Georgia Bar Number |