IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Plaintiff,

vs.

DOUGLAS QUEEN, individually and
as Executor of the Estate of Tina Queen;
CHRISTINA CLOWDUS; BARBARA
CLOWDUS, as Mother and next friend
of Christina Clowdus, a minor; ALICE
BAGGETT; PATRICIA BAGGETT;
SARAH BAGGETT; ANDREA
CAMPBELL, a minor; MELISSA
QUEEN, as Mother and next friend
of Andrea Campbell, a minor, and
KIMBERLY ANN ROSE,

    Defendants.

CIVIL ACTION NO.: CV205-047

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of Thomas J. Ashenden, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 30.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Northern District of Georgia, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

SO ORDERED, this 29th day of June, 2005.

                               JAMES E. GRAHAM
                               UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)