U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
4:01 P.M.
9-16 20 05
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE NUMBER<br>) CV205-47<br>) |
| DOUGLAS QUEEN, Individually, DOUGLAS QUEEN, as the executor of the Estate of TINA QUEEN, CHRISTINA CLOWDUS, BARBARA CLOWDUS, as mother and next friend of CHRISTINA CLOWDUS, a minor, ALICE BAGGETT, PATRICIA BAGGETT, SARAH BAGGETT, ANDREA CAMPBELL, a minor, MELISSA QUEEN, as mother and next friend of ANDREA CAMPBELL, a minor, and KIMBERLY ANN ROSE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

It appears that plaintiff did deposit with the Clerk of the Court the sum of $100,000.00 on August 2, 2005.

The Court finds that Plaintiff properly brought the Complaint in Interpleader, and that Plaintiff held the sum of money which Plaintiff has deposited with the Clerk of the Court, without claiming any right or interest in that money. Accordingly,

IT IS ORDERED that the Plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY is discharged from this case and discharged from all liability on or arising out of the rights and

obligations of the parties to this action with respect to the GOVERNMENT EMPLOYEES INSURANCE COMPANY policy of insurance and the One Hundred Thousand Dollars and No Cents ($100,000.00) policy limits (bodily injury insurance in the amount of $50,000.00 for any one person, and $100,000.00 for any one occurrence) of its Family Automobile Insurance policy No. 2012175754 deposited by Plaintiff with the Clerk of this Court.

SO ORDERED, this 16 day of August, 2005.

ANTHONY A. ALAIMO, Presiding Judge
Brunswick Division, U.S. District Court

Distribution to:

**Richard Sizemore, Esq.**
2600 One Atlanta Plaza
9500 E. Paces Ferry Road, NE
Atlanta, Georgia 30326

**Barton Solomon, Esq.**
McMahan Law Firm
400 North Thorton Avenue
Dalton, GA 30720

**W. Vincent Settle III, Esq.**
Thomas & Settle
P. O. Box 980
Waycross, GA 31502-0980

**Crystal Ferrier, Esq.**
P.O. Box 1681
Brunswick, Georgia 31521-1681

**Dave Smith, Esq.**
Brannen, Searcy and Smith, LLC
P.O. Box 8002
Savannah, GA 31412

**William T. Mitchell, Esq.**
**J. Robb Cruser, Esq.**
**Nola D. Jackson, Esq.**
3500 Parkway Lane, Suite 750
Norcross, Georgia 30092