FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 30 A 9: 00

CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) DOUGLAS QUEEN, Individually, ) DOUGLAS QUEEN, as the executor ) of the Estate of TINA QUEEN, ) CHRISTINA CLOWDUS, BARBARA ) CLOWDUS, as mother and next friend of ) CHRISTINA CLOWDUS, a minor, ) ALICE BAGGETT, PATRICIA BAGGETT, ) SARAH BAGGETT, ANDREA ) CAMPBELL, a minor, MELISSA QUEEN, ) as mother and next friend of ANDREA ) CAMPBELL, a minor, and ) KIMBERLY ANN ROSE, ) ) Defendants. ) | Civil Action No. CV205-47 |

## ORDER AND JUDGMENT ON INTERPLEADER ACTION

Plaintiff having filed this interpleader action and tendered its $100,000 liability insurance policy limits into the registry of the Court, and all of the parties having agreed to a compromise and settlement of this matter following a conference with the Court, it is hereby

ORDERED, that the interpleaded funds of the Plaintiff be paid to the Defendants, through their counsel, as follows:

1. $36,000.00 to Sara Ann Baggett and her attorneys, Thomas J. Ashenden and David R. Smith;

2. $22,000 to Douglas Queen, individually and as executor of the estate of Tina Queen, deceased, and his attorney, Richard L. Sizemore;

3. $11,000 to Barbara Clowdus, as mother, natural guardian and next friend of Christina Clowdus, a minor, and her attorney, Barton C. Solomon;

4. $10,000 to Kimberly Ann Rose, and her attorney Crystal Ferrier;

5. $8,000 to Patricia Baggett and her attorney, Barton C. Solomon;

6. $7,000 to Alice Baggett and her attorneys, Thomas J. Ashendon and David R. Smith; and

7. $6,000 to Melissa Queen, as mother, natural guardian and next friend of Andrea Campbell, a minor, and her attorney, W. Vincent Settle III.

Any accrued interest upon the interpleaded funds, less the 10% of the interest fee imposed by order of this Court, shall be distributed among the Defendants in the same percentages as the interpleaded funds.

IT IS THE FURTHER FINDING AND JUDGMENT OF THIS COURT, that the interpleaded funds disbursed as directed by this Order are not sufficient to compensate fully any Defendant for the damages sustained in the motor vehicle collision out of which this action arises, and that no Defendant is made whole by such disbursement. It is the further finding and judgment of this Court that no Defendant has released, waived or given up any claim as a result of such disbursement except with respect to the funds interpleaded, and that each Defendant retains his or her right to seek further recovery against any person, including any insurer, who may be found to be liable to that Defendant.

IT IS FURTHER ORDERED that Plaintiff, having fully performed under its Interpleader Petition, is dismissed from this action.

*Signature on Following Page*

So Ordered, this 29th day of Sept 2005.

ANTHONY A. ALAIMO, Judge
JAMES E. GRAHAM, Magistrate Judge
United States District Court
Southern District of Georgia

# ORDER AND JUDGMENT ON INTERPLEADER ACTION

*Government Employees Insurance Company v. Douglas Queen, Individually, Douglas Queen, as executor of the Estate of Tina Queen, Christina Clowdus, Barbara Clowdus, as mother and next friend of Christina Clowdus, a minor, Alice Baggett, Patricia Baggett, Sarah Baggett, Andrea Campbell, a minor, Melissa Queen, as mother and next friend of Andrea Campbell, a minor, and Kimberly Ann Rose*
United States District Court for the Southern District of Georgia, Brunswick Division
Civil Action No. CV205-47

With Consent, this 26th day of August, 2005.

BRANNEN, SEARCY & SMITH

BY: _____
**DAVID R. SMITH**
Georgia Bar No. 655587
**Attorney for Defendants**
**Alice Baggett and Sara Baggett**

Post Office Box 8002
Savannah, Georgia 31412
(912) 234-8875

# ORDER AND JUDGMENT ON INTERPLEADER ACTION

*Government Employees Insurance Company v. Douglas Queen, Individually, Douglas Queen, as executor of the Estate of Tina Queen, Christina Clowdus, Barbara Clowdus, as mother and next friend of Christina Clowdus, a minor, Alice Baggett, Patricia Baggett, Sarah Baggett, Andrea Campbell, a minor, Melissa Queen, as mother and next friend of Andrea Campbell, a minor, and Kimberly Ann Rose*

United States District Court for the Southern District of Georgia, Brunswick Division
Civil Action No. CV205-47

With Consent, this 26th day of August, 2005.

ASHENDEN & ASSOCIATES

BY: _____
THOMAS J. ASHENDEN
**Attorney for Defendants**
**Alice Baggett and Sara Baggett**

6111 Peachtree Dunwoody Road, N.E.
Building D
Atlanta, GA 30328
(770) 394-8909

# ORDER AND JUDGMENT ON INTERPLEADER ACTION

*Government Employees Insurance Company v. Douglas Queen, Individually, Douglas Queen, as executor of the Estate of Tina Queen, Christina Clowdus, Barbara Clowdus, as mother and next friend of Christina Clowdus, a minor, Alice Baggett, Patricia Baggett, Sarah Baggett, Andrea Campbell, a minor, Melissa Queen, as mother and next friend of Andrea Campbell, a minor, and Kimberly Ann Rose*

United States District Court for the Southern District of Georgia, Brunswick Division
Civil Action No. CV205-47

With Consent, this 26th day of August, 2005.

                                      ROBINS KAPLAN MILLER & CIRESI, LLP

                                      BY: _____
                                          RICHARD L. SIZEMORE
                                          Georgia Bar No. 649449
                                          **Attorney for Defendant**
                                          **Douglas C. Queen**

2600 One Atlanta Plaza
950 Paces Ferry Road, N.E.
Atlanta, GA 30326-1386
(404) 760-4300

## ORDER AND JUDGMENT ON INTERPLEADER ACTION

*Government Employees Insurance Company v. Douglas Queen, Individually, Douglas Queen, as executor of the Estate of Tina Queen, Christina Clowdus, Barbara Clowdus, as mother and next friend of Christina Clowdus, a minor, Alice Baggett, Patricia Baggett, Sarah Baggett, Andrea Campbell, a minor, Melissa Queen, as mother and next friend of Andrea Campbell, a minor, and Kimberly Ann Rose*

United States District Court for the Southern District of Georgia, Brunswick Division
Civil Action No. CV205-47

With Consent, this 23rd day of August, 2005.

FERRIER & FERRIER, P.C.

BY: _____
CRYSTAL R. FERRIER
Attorney for Defendant
Georgia Bar No. 140931
**Kimberly Ann Rose**

1901 Gloucester Street
P.O. Box 1681
Brunswick, GA 31521-1681
(912) 264-8972

## ORDER AND JUDGMENT ON INTERPLEADER ACTION

*Government Employees Insurance Company v. Douglas Queen, Individually, Douglas Queen, as executor of the Estate of Tina Queen, Christina Clowdus, Barbara Clowdus, as mother and next friend of Christina Clowdus, a minor, Alice Baggett, Patricia Baggett, Sarah Baggett, Andrea Campbell, a minor, Melissa Queen, as mother and next friend of Andrea Campbell, a minor, and Kimberly Ann Rose*
United States District Court for the Southern District of Georgia, Brunswick Division
Civil Action No. CV205-47

With Consent, this 29th day of August, 2005.

THOMAS & SETTLE

BY: *W. Vincent Settle, III*
W. VINCENT SETTLE III
Georgia Bar No. 636175
**Attorney for Defendant
Melissa Queen, as mother and next
friend of Andrea Campbell,
a minor**

800 Plant Avenue
Post Office Box 980
Waycross, GA 31502
(912) 283-0026

## ORDER AND JUDGMENT ON INTERPLEADER ACTION

*Government Employees Insurance Company v. Douglas Queen, Individually, Douglas Queen, as executor of the Estate of Tina Queen, Christina Clowdus, Barbara Clowdus, as mother and next friend of Christina Clowdus, a minor, Alice Baggett, Patricia Baggett, Sarah Baggett, Andrea Campbell, a minor, Melissa Queen, as mother and next friend of Andrea Campbell, a minor, and Kimberly Ann Rose*
United States District Court for the Southern District of Georgia, Brunswick Division
Civil Action No. CV205-47

With Consent, this 13th day of September, 2005.

McMAHAN LAW FIRM

BY: /s/ Barton C. Solomon
BARTON C. SOLOMON
Georgia Bar No.666555
**Attorney for Defendants**
**Patricia Baggett and**
**Barbara Clowdus, as mother and next friend of Christina Clowdus**

400 North Thornton Avenue
Dalton, GA 30720